**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MEGHANAS GATLING**                                                                                  **PLAINTIFF**

vs.                              Civil Action No. 3:06CV00180-BD

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration**                              **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, judgment is entered for Plaintiff, Meghanas Gatling, pursuant to Fed. R. Civ. P. 58.  This case is remanded to the Commissioner of the Social Security Administration ("Commissioner") pursuant to "sentence four" of 42 U.S.C. § 405(g) and in accordance with the terms outlined in the Commissioner's Motion to Withdraw Response Brief and Enter Motion to Remand (docket entry #13).

IT IS SO ORDERED this 4th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE