# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MEGHANAS GATLING**                                                              **PLAINTIFF**

**VS.**                              **CASE NO.: 3:06CV00180 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                       **DEFENDANT**

## ORDER

Plaintiff has moved for an award of attorney's fees and expenses (docket entry #16) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.  He requests fees in the amount of $1,594.10 and expenses in the amount of $13.95.  The Commissioner has responded to the fee request (#18).  The Commissioner does not object to the amount requested by Plaintiff in attorney's fees and expenses.

Under 28 U.S.C. § 2412(d)(1)(A), the court must award attorney's fees to a prevailing social security claimant unless the Commissioner's position in denying benefits was substantially justified.  The Court finds that Plaintiff is entitled to attorney's fees.  In addition, the Court finds that the total amount requested by Plaintiff is appropriate under the EAJA.  Accordingly, the Court GRANTS Plaintiff's motion for attorney's fees and expenses under the EAJA (#16) and hereby awards $1,594.10 in fees and $13.95 in expenses.

IT IS SO ORDERED, this 26th day of February, 2008.

_____
UNITED STATES MAGISTRATE JUDGE